IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JERRY LEWIS DEDRICK                §

VS.                                §      CIVIL ACTION NO. 1:06cv283

T.C. OUTLAW                        §

MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING
         THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jerry Lewis Dedrick, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition.  The magistrate judge recommends the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.  Based on *Reyes-Requena v. United States*, 243 F.3d 893, 904 (5th Cir. 2001), the magistrate

judge correctly concluded petitioner's ground for review could not be asserted in a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241.

<u>O R D E R</u>

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered denying the petition.

So **ORDERED** and **SIGNED** this **29** day of **June, 2006.**

_____
Ron Clark, United States District Judge

2